UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GONZALEZ, | No. C 07-2303 MHP (pr) |
| Plaintiff, | **ORDER RE. SERVICE OF PROCESS** |
| v. | |
| D. L. RUNNELS; et al., | |
| Defendants. | |

Francisco Gonzalez, an inmate at Pelican Bay State Prison, filed this pro se civil rights action under 42 U.S.C. § 1983. Defendants Dr. Marino and Dr. Clark have not been served with process because the addresses plaintiff provided for them were deficient. The court requested defense counsel to provide addresses for Dr. Marino and Dr. Clark. Defense counsel provided an address for Dr. Clark but did not have an address for Dr. Marino. An address for Dr. Marino was found on the California Medical Board's website.

Federal Rule of Civil Procedure 4(m) contemplates that service of process normally will be accomplished within four months of the filing of the complaint. Although the court can have the Marshal serve process on a defendant, it is the plaintiff's responsibility to provide a name and address for each defendant to be served. Service of process will be attempted using the addresses the court has available. If those efforts to serve process fail, the unserved defendants will be dismissed without prejudice because plaintiff has failed to provide any other address at which they may be served. If plaintiff has another address for an unserved defendant, he must provide it to the court immediately.

The clerk shall issue summonses and the Marshal shall serve, without prepayment of fees, the summons, a copy of the second amended complaint, a copy of this order, and a copy of all the other orders in the case file upon defendants at the following addresses – with service to be attempted at two addresses for Dr. Clark:

- Dr. Clark
  Newport Oncology & Healthcare Medical Inc.
  P. O. Box 1631
  Suisun City, CA 94585

- Dr. Clark
  Newport Oncology & Healthcare Medical Inc.
  1380 San Andreas Road
  La Selva Beach, CA 95076

- Dr. Rick Marino
  125 Irene
  Crescent City, CA 95531

Dr. Clark and Dr. Marino must each file an answer or other appearance in this action no later than **January 4, 2010**.

IT IS SO ORDERED.

Dated: November 23, 2009

_____
Marilyn Hall Patel
United States District Judge

2