UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GONZALEZ, | No. C 07-2303 MHP (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| D. L. RUNNELS; et al., | |
| Defendants. | |

Francisco Gonzalez, an inmate at Pelican Bay State Prison, filed this pro se civil rights action under 42 U.S.C. § 1983. Most of plaintiff's claims have been resolved by an order granting summary judgment to defendant Marino and an order of partial dismissal that dismissed several other claims. The only claim that remains for adjudication is a § 1983 claim that four defendant doctors were deliberately indifferent to plaintiff's alleged torn rotator cuff. Defendants Jain and Sayre have moved for summary judgment on that claim. Service of process has been attempted on the two remaining unserved defendants (Marino and Clark), but neither has filed an appearance yet.

Plaintiff filed a motion for an extension of time to oppose the pending motion for summary judgment, stating that his current medical care has been inadequate and that he needed to do unspecified discovery regarding his medical records. If plaintiff wants to complain about his current medical care, he may do so by filing a new civil rights action. Plaintiff's generalized assertion of a need to do more discovery at this late date provides no reason for a lengthy extension of time to file his opposition or for an indefinite continuance of the pending motion for summary judgment. This case is almost three years old, plaintiff has filed numerous pages of his medical records, defendants have filed plaintiff's medical file

(420+ pages) as an attachment to the declaration of Dr. Sayre filed on November 13, 2009, and the issue that remains for adjudication (i.e., medical care for his alleged torn rotator cuff) is a narrow one.

Plaintiff's motions for extension of the deadline to file an opposition to the motion for summary judgment are GRANTED. (Docket # 109, # 110.) Plaintiff must file and serve his opposition to defendants' motion for summary judgment no later than **February 12, 2010**. No further extensions of this deadline should be expected, because by the time it arrives, plaintiff will have had three months to prepare his opposition brief. Defendants must file and serve their reply (if any) no later than **March 1, 2010**.

Plaintiff also filed a "Memo To Judge, (&) The Attorney General Regarding Delays, (Undue) & Harassment," in which he asserted that "defendants" have caused undue delays and harassment. Plaintiff did not identify anything done by the defendants that caused the problems of which he complains in his memo. Even if custodial staff at the prison may have caused him to be separated from his property when he was put in segregated housing, it does not follow that the health care provider defendants in this action caused that separation.

IT IS SO ORDERED.

Dated: January 12, 2010

Marilyn Hall Patel
United States District Judge

2