# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA


FRANCISCO GONZALEZ et al,

        Plaintiff,

  v.

D.L. RUNNELS et al,

        Defendant.

_____/

Case Number: CV07-02303 MHP

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Francisco Gonzalez Prisoner Id H-82927
Pelican Bay State Prison
B1-127
PO Box 7500
Crescent City, CA 95532


Dated: January 13, 2010

                          Richard W. Wieking, Clerk
                          By: Anthony Bowser, Deputy Clerk