UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GONZALEZ, | No. C 07-2303 MHP (pr) |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT MARINO'S DISPOSITIVE MOTION** |
| v. | |
| D. L. RUNNELS; et al., | |
| Defendants. | |

Defendant Marino filed a motion to dismiss and for summary judgment on June 8, 2010. The court now sets the following briefing schedule for plaintiff's opposition and defendant's reply on that motion: Plaintiff must file and serve his opposition to defendant Marino's motion to dismiss and for summary judgment no later than **July 9, 2010**. Defendant must file and serve his reply (if any) no later than **July 26, 2010**.

IT IS SO ORDERED.

Dated: June 18, 2010

_____
Marilyn Hall Patel
United States District Judge